IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATT HOLMAN**, *Administrator of the Estate of Edna Diane Holman, deceased*, Plaintiff, | ) ) ) ) ) |
| v. | ) )   CIVIL ACTION NO. 1:21-00130-KD-N ) |
| **KNOLLWOOD NURSING HOME, LLC**, *et al.*, Defendants. | ) ) ) ) |

**ORDER**

This action is before the Court on the Report and Recommendation of the Magistrate Judge and the objection and renewed motion to stay filed by Knollwood NH LLC (docs. 46, 47, 48). Defendants removed the action pursuant to 28 U.S.C. 1441(a) and 1442(a) alleging federal question jurisdiction pursuant to 28 U.S.C. § 1331. Plaintiff moved to remand alleging lack of subject matter jurisdiction. The Magistrate Judge recommends remand of this action to the Circuit Court of Mobile County, Alabama. Knollwood opposes the remand. Knollwood also renews its motion to stay this action until the Court of Appeals for the Eleventh Circuit decides Schleider v. GVDB Operations, LLC, No. 21-80664-CIV, 2021 WL 2143910 (S.D. Fla. May 24, 2021) (slip copy), appeal docketed, No. 21-11765 (11th Cir.).

Upon consideration, Knollwood's renewed motion to stay (doc. 47) is DENIED. Accordingly, after due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (doc. 46) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated October 22, 2021, is ADOPTED as the opinion of this Court and this action is remanded to the Circuit Court of Mobile County, Alabama.

DONE and ORDERED this the 29th day of November 2021.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE